

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

No. 06-25-00109-CV

---

JEREMY STEVENS, Appellant

V.

HAIBO ZHANG, Appellee

---

On Appeal from the County Court at Law No. 2
Denton County, Texas
Trial Court No. CV-2025-03532-JP

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Chief Justice Stevens

Appellant, Jeremy Stevens, filed a timely notice of appeal on September 26, 2025.[1]  The clerk's record was filed on November 4, 2025.  Stevens's brief was due on January 28, 2026.  When neither a brief nor a motion to extend time for filing same was received by February 12, 2026, this Court advised Stevens by letter that his brief was late.  We also warned Stevens that the failure to file a brief by February 27, 2026, would subject this appeal to dismissal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Stevens did not respond to our communication and did not file an appellate brief.  Because we received no response to our letter of February 12, 2026, Stevens's appeal is ripe for dismissal for want of prosecution.  Consequently, pursuant to Rules 38.8 and 42.3 of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

Scott E. Stevens
Chief Justice

Date Submitted:     March 11, 2026
Date Decided:       March 12, 2026

---

[1]Originally appealed to the Second Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  *See* TEX. GOV'T CODE ANN. § 73.001 (Supp.).